# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:08-cr-40-MR-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| EDWARD BLAINE MINTZ ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Reduction of Sentence filed pursuant to 18 United States Code § 3582(c)(2) and U.S.S.G. § 1B1.10(c), Amendment 780 (Nov. 1, 2014). [Doc. 155].

It appears to the Court that the Defendant has stated a colorable basis for relief in his Motion. In addition, the Probation Office has submitted a supplement to the Defendant's Presentence Report indicating that he may be entitled to relief in the very short term. Based thereon, the Court determines that the United States Attorney should file a response to the Defendant's Motion.

**IT IS, THEREFORE, ORDERED** that no later than ten (10) days from the entry of this Order, the United States Attorney shall file a pleading responsive to Defendant's Motion for Reduction of Sentence.

**IT IS SO ORDERED.**

Signed: November 6, 2014

Martin Reidinger
United States District Judge